UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **GLOBAL TOWER ASSETS, LLC**, a Delaware limited liability company with a place of business in Boca Raton, FL, <br><br> and <br><br> **NORTHEAST WIRELESS NETWORKS, LLC**, a Delaware limited liability company with a place of business in Winchester, MA, <br><br> *Plaintiffs*, <br><br> v. <br><br> **TOWN OF MOUNT VERNON, MAINE**, a municipality located in Kennebec County, Maine <br><br> *Defendant*. | Civil Action No. 13-cv-00351-GZS |

**PLAINTIFFS' AMENDED CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Global Tower Assets, LLC ("GTA") and Northeast Wireless Networks, LLC ("NEWN") hereby amend their initial Corporate Disclosure Statement (Doc. 5) due to changes to GTA's organizational structure. The new structure is as follows:

Plaintiff Global Tower Assets, LLC is wholly owned by Global Tower Holdings, LLC, Global Tower Holdings, LLC is wholly owned by Global Tower Management, LLC, Global Tower Management, LLC is wholly owned by GTP Investments LLC, GTP Investments LLC is wholly owned by Gondola Tower Holdings LLC, Gondola Tower Holdings LLC is held in the following split: 6.0348% held by Gondola Holding LLC, 5.2234% held by Gondola Communications Holdings LLC, and 88.7418% held by American Tower Investments LLC.

American Tower Investments LLC is held in the following split: 98.99% held by American Towers LLC, 1.01% held by ATC TRS II LLC. American Towers LLC is a wholly owned subsidiary of American Tower Corporation, the parent corporation.  There is no publicly held corporation owning 10% or more of GTA stock.

Plaintiff NEWN states that it is a privately held Delaware limited liability company and has no parent company nor any publicly held corporation owning 10% or more of its stock/equity.

Dated in Portland, Maine this 23rd day of April 2014.

**GLOBAL TOWER ASSETS, LLC**

**NORTHEAST WIRELESS NETWORKS, LLC**

By   /s/ Neal Pratt
Neal F. Pratt, Esq.
P. Andrew Hamilton, Esq.
Jonathan A. Pottle, Esq.
Eaton Peabody
One Portland Square
Portland, Maine 04101
(207) 274-5266

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I have sent via electronic mail and first-class mail a copy to counsel for the Defendant at the following address:

Theodore Small, Esq.
Isaacson Raymond
75 Park Street
P.O. Box 891
Lewiston, Maine 04240

Dated: April 23, 2014                                  */s/ Neal Pratt*  _____
                                                               Neal F. Pratt